UNITED STATE DISTRICT COURT
EASTEREN DISTRICT OF MASSACHUSETTS

JANICE N. GRAVES
    Plaintiff, Pro Se

CIVIL ACTION

V.

NO. _____

FEDERAL MANAGEMENT COMPANY INC, ET AL
    Defendant,

RichARD Henken
PETER LEWIS
Nilsa Monterio
Theresa Cook

DEMAND FOR A JURY TRIAL

COMPLAINT

Parties

1. The plaintiff, Janice N. Graves, a resident of Boston, Suffolk County, Massachusetts and a citizen of the United States.

2. The defendant, Richard Henken, President, Federal Management Company Inc., maintains its administrative offices at Suite 700 175 Federal Street Boston MA 02110 and is a citizen of the United States.

3. The defendant, Nilsa Monterio, Property Manager, Saint Botolph Street Associates, 150 Saint Botolph Street Boston MA 02115 and is a citizen of the United States.

4. The defendant, Peter Lewis, former 504 coordinator, Federal Management Company Inc. Boston, Suffolk County, Massachusetts and is a citizen of the United States.

5. The defendant, Theresa Cook, 504 coordinator, Federal Management Company Inc. Boston, Suffolk County, Massachusetts and is a citizen of the United States.

1

## Jurisdiction

6. This court has jurisdiction over this matter pursuant to 42 U.S.C.§3601 et seg, 42 U.S.C.§§ 3604 (F) (3) (B) violations of the Federal Fair Housing Act and over The Americans with Disability Act 42 U.S.C. § 12101-213.

## Facts

7. Janice N. Graves, SSDI/SSI, project-based section 8

8. Lease Agreement 2012.        Exhibit A

9. Grievance Procedure for Residents 11/2010.        Exhibit B

10. Federal Management Company Reasonable Accommodation Request Form 2012. Exhibit C

11. Theresa Cook résumé.    Exhibit D

12. 2/1/2004 Reasonable Accommodation Request change apartment....... Exhibit E

13. 5/31/2004 Reasonable Accommodation Request denied.......change apartments. Exhibit F

14. 10/20060   HUD Form 91066..... Retaliation and Harassment.    Exhibit G

15. 10/11/2007 "Judgment by Consent" against Federal Management Company. Middlesex County Superior Court Civil Action # 05-2315C.   Exhibit H

16. 5/20/2010 Reasonable Accommodation Request air conditioning dates approved. Exhibit I

17. 3/15/2012 Notice to Quit.  Exhibit J

18. 5/12/2012 Reasonable Accommodation Letter .air conditioning fee waiver. Exhibit K

19. 5/29/2012 Reasonable Accommodation Request denial air conditioning fee waiver. Exhibit L

20. 7/5/2012 Reasonable Accommodation Request appeal letter a.c. fee waiver.  Exhibit M

21. 7/5//2012 Reasonable Accommodation Request final appeal denial a.c. fee waiver. Exhibit N

22. 6/25/2012 Landlord Conference.......

23. 6/25/2012 Dr. Sabrina Popp letter dated 5/24/2012 given to management. Exhibit O

24. 7/18/2012 Dr. Sabrina Popp letter dated 7/13/2012 given to management.  Exhibit  P

25. 7/18/2012 Reasonable Accommodation Request #1 letters send by registered mail. Exhibit Q

26. 7/18/2012 Reasonable Accommodation Request #2. maintenance receipts.    Exhibit  R

27. 7/18/2012 Reasonable Accommodation Request #3 conflict resolution.    Exhibit  S

28. 7/18/2012 Reasonable Accommodation Request #4 communication third party.  Exhibit  T

29. 7/18/2012 Reasonable Accommodation Request  #5.....harassment.     Exhibit  U

30.  8/2/2012 Reasonable Accommodation Request #1.....approved    Exhibit V

31.  8/2/2012 Reasonable Accommodation Request #2.....approved     Exhibit W

32.  8/2/2012 Reasonable Accommodation Request #3.....denied    Exhibit X

32.  8/2/2012 Reasonable Accommodation Request #4.....approved    Exhibit Y

33.  8/2/2012 Reasonable Accommodation Request #5.....denied    Exhibit Z

34.  8/2/2012 Reasonable Accommodation Request #6.....denied ...I never asked for the eviction to be suspended in a reasonable accommodation request. . My doctor wrote that in her letter to management.  Exhibit A1

35.  8/2/2012 I did not receive my response for my reasonable accommodations from the 504 coordinator for Federal Management ...Nor was I given an appeal letter as they agreed to do in the 2007 Consent Judgment.  I received my denials from there attorney.

36.  Federal Management is denying that I have a disability. There strategy is to deny that a person has a disability so that they do not have to grant them....My doctor's letter to them states that I do have one and I am on ssdi/ssi.

Prayer for Relief

Wherefore, the plaintiff demands judgment against the defendants for damages and such

other relief as this court seems just.

37. Accept jurisdiction of this case and set it for a prompt hearing.

38. Issue a declaratory judgment that the defendant has illegally discriminated against the plaintiff on the bases of her disability by refusing to afford her reasonable accommodations.

39. Order preliminary and permanent injunctive relief prohibiting the defendants, Federal Management employees or agents from initiating contact with the plaintiff on or near the immediate vicinity of the property.

40. Order preliminary and injunctive relief preventing the defendants, Federal Management employees or agents from harassing or retaliating against the plaintiff in any matter during The course of this legal action.

41. Order permanent and injunctive relief requiring that the defendant have a independent agency review its reasonable accommodations requests.

42. Award plaintiff monetary damages, including damages for mental anguish, emotional distress, harassment, retaliation and the loss of the right to an equal opportunity to the enjoy her dwelling,

43. Award plaintiff her costs and reasonable attorney fees and other applicable provisions of the law.

44. Also order such relief as to the court may deem just and proper and equitable or to which the plaintiffs maybe become entitled during this litigation.

45. The plaintiff demands a trail by jury.

Signature: *Janice Graves*

Name: Janice N. Graves

Address: #53 144 Saint Botolph Street

4

Boston Massachusetts 02115

Telephone: (617) 236-0265

Date 8/2/2012

: